# Exhibit 2

Method Claim: 10

| US8065191 | Kinesis Platform ("The accused instrumentality") |
|---|---|
| 10. A method of maintaining an account for purchase of at least one tangible commodity at a posted and locked-in price current at time of purchase and for delivery on-demand of the at least one tangible commodity regardless of a price current at time of delivery, the method including the steps of: | The accused instrumentality practices a method of maintaining an account (e.g., a user account) for purchase of at least one tangible commodity (e.g., a physical gold bar, silver bar, etc.) at a posted and locked-in price current at time of purchase (e.g., a current market price of the gold, silver, etc. during purchase) and for delivery on-demand (e.g., delivery of physical gold bar, silver bar, etc.) of the at least one tangible commodity (e.g., a physical gold bar, silver bar, etc.) regardless of a price current at time of delivery (e.g., a current market price of gold, silver, etc. during redemption). <br><br> As shown below, the accused instrumentality allows users to buy, sell and exchange gold and silver in digital form. When a user buys gold (KAU) or silver (KAG) on the platform, each digital unit represents real physical metal stored in secure vaults in different locations. During the transaction, the price is fixed (locked-in) at the market rate at the exact time of purchase. When the user chooses to redeem the digital gold or silver for physical metal, they receive that same quantity of gold or silver, regardless of whether the market price has gone up or down since the time of purchase. |



https://kinesis.money/kinesis-money/

https://kinesis.money/kinesis-money/



https://kinesis.money/kinesis-money/

https://kinesis.money/kinesis-money/



**a posted and locked-in price current at time of purchase**

Gold KAU price **$167.20/g** ▲0.20%    View price chart



# What is gold (KAU)?

Gold (KAU) is physical gold stored in our vaults with a digital record held on the blockchain – so you can own, spend, trade and send gold anywhere in the world, all while earning a yield.

https://kinesis.money/gold/

 ## Stored in our vaults

Every gram of physical gold is stored in fully insured, independently audited, high-security vaults across our global network, at no charge.

 ## A digital record is created

We create a digital record of your physical gold on the blockchain, with every transaction logged for security and transparency.

 ## Your Kinesis account

Your gold (KAU) is securely kept in your Kinesis account. Buy, sell and track your gold from a simple dashboard – or even swap with crypto.

https://kinesis.money/gold/



https://kinesis.money/gold/



https://kinesis.money/gold/

## Kinesis gold and silver holdings

Physical precious metals – with digitalised proof of ownership.

Kinesis gold (KAU) and Kinesis silver (KAG) are a 1:1 digital representation of fully allocated physical gold and silver bullion. Through blockchain technology, Kinesis has digitalised the proof of ownership of physical precious metals.

All precious metals underpinning KAU and KAG are fully reserved (1:1), fully audited, fully redeemable, and securely held within the insured vaults of Kinesis' strategic partner, Allocated Bullion Exchange (ABX).

The fully redeemable investment-grade bullion behind your Kinesis currencies is secured to world-class standards in logistics, storage, insurance, quality control, quality assurance and institutional good practice.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

## Counterparty risk protection

Our system is structured to shield holders from counterparty risk.

Kinesis is a fully integrated financial services platform, enabling online management of physical precious metals via a desktop platform and mobile application. Once a Kinesis user purchases KAU or KAG, that user is the absolute owner of the underlying metal; they are not exposed to the counterparty risk that can occur in the case of a bank or broker insolvency, or the management of a securitised asset.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record



https://www.youtube.com/watch?v=88URbePlnVY

As shown below, the accused instrumentality allows a customer to purchase a tangible commodity (e.g., a physical gold) at the current market price i.e., $58.52 (e.g., a posted and locked-in price).



https://www.youtube.com/watch?v=PZ-NbipWybA

## 2. Placing of order

These terms and conditions ("Terms") apply to the order by you (the "buyer") and supply of the goods specified in the order ("Goods") by KB USA Inc to the buyer. No other terms are implied by trade, custom, practice or course of dealing.

## 3. Checking your order

The buyer is responsible for checking the order for Goods is correct, and that any specifications submitted are complete and accurate. The details of your order, including price, are locked in at the point of making your order, subject to confirmation on our website that your order has been executed.

https://kinesisbullion.com/terms-conditions/



https://www.youtube.com/watch?v=PZ-NbipWybA

## Physical redemption

All Kinesis gold and silver holdings are fully redeemable.

Kinesis and ABX understand the absolute necessity of physical redemption in gold and silver provision. As a matter of imperative assurance, Kinesis offers physical redemption on all precious metals behind your gold and silver-based digital currencies.

Kinesis currency holders are fully entitled to redeem the underlying bullion the KAU & KAG are based on, subject to withdrawal fees and minimum withdrawal requirements. The redemption cost and minimum withdrawal requirements of Kinesis are among the lowest in the industry.

Kinesis enables users to redeem as little as 100 grams of gold or 200 ounces of silver, with a fee of 0.45% + $100 USD + delivery costs. We provide redemption of the underlying bullion through our logistic partners Loomis and Brinks.

Redeeming bullion simultaneously liquidates the digital representation of the bullion and removes the respective currency from KAU or KAG circulation.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

# Can I redeem my gold or silver from Kinesis?

Updated 14 days ago

Yes. Kinesis currency holders are fully entitled to redeem the underlying gold and silver bullion that underpins Kinesis gold (KAU) and silver (KAG) currencies, subject to minimum withdrawal requirements.

Kinesis currencies are allocated 1:1 with investment grade, allocated physical precious metal. This is confirmed semi-annually via an independent professional audit.

https://support.kinesis.money/hc/en-gb/articles/12355371107613-Can-I-redeem-my-gold-or-silver-from-Kinesis

Each Kinesis KAU and KAG is directly allocated with the corresponding weight of physical precious metal. This allocation is always a 1:1 ratio. Allocated legal title remains with the holder of the Kinesis currency, ensuring that proportional ownership of the allocated gold and silver always resides with the KAU and KAG holders. The bullion behind the Kinesis digital currencies will never appear on Kinesis' balance sheet, which reduces counterparty risk when choosing to hold your bullion with Kinesis.

The Kinesis currencies elevate physical gold and silver ownership, providing the added benefits of online access, trading, real-world application, and the security of fortified vaulting.

Kinesis currencies are not a "paper metal" product, which means that your metal ownership is not dependent upon the ability of, for example, an exchange-traded fund (ETF), contract for difference (CFD), or commodity future to obtain and redeem metal for you when you want to sell it.

https://support.kinesis.money/hc/en-gb/articles/12382901958429-How-are-my-currencies-tied-1-1-to-gold-and-silver



https://support.kinesis.money/hc/en-gb/articles/12439302237085-How-to-redeem-physical-gold-and-silver-bullion

As shown below, the accused instrumentality allows users to redeem the physical gold or silver bar at a specific location regardless of the current market price.

**Step 3:** Complete the required information on the redemption form, specifying which of the precious metal assets backing Kinesis gold (KAU) and silver (KAG) currencies you wish to redeem. Choose your preferred hub location from our global Kinesis Vaulting Network, enter the amount to be redeemed, and include any additional notes for the request (optional).

*Note: Redemptions of gold and silver can only be made in increments of 100 KAU or 200 KAG.*

**Step 4:** Once you are satisfied with the redemption details, click **Submit.**



https://support.kinesis.money/hc/en-gb/articles/12439302237085-How-to-redeem-physical-gold-and-silver-bullion

| establishing, using a computer-based system, a bulk refillable | The accused instrumentality practices establishing, using a computer-based system (e.g., a server of the accused instrumentality), a bulk refillable account (e.g., an account of a user) for an individual user (e.g., a user of the accused instrumentality). |
|---|---|

| | |
|---|---|
| account for an individual user; | As shown below, the accused instrumentality allows a user to create an account for storing digital gold and silver, etc. Also, the user account is refilled by making additional purchases, transfers, etc.<br><br>## Counterparty risk protection<br><br>Our system is structured to shield holders from counterparty risk.<br><br>Kinesis is a fully integrated financial services platform, enabling online management of physical precious metals via a desktop platform and mobile application. Once a Kinesis user purchases KAU or KAG, that user is the absolute owner of the underlying metal; they are not exposed to the counterparty risk that can occur in the case of a bank or broker insolvency, or the management of a securitised asset.<br><br>https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record<br><br>## Fully allocated metal ownership<br><br>Fully reserved holdings with (one-to-one) metal allocation, at all times.<br><br>With Kinesis, you are the owner of the physical gold and silver, underpinning your KAU and KAG, at all times. Remember, each KAU (one gram of gold) and KAG (one ounce of silver) are directly allocated 1:1 with the corresponding weight of physical precious metal.<br><br>The holder of Kinesis currencies holds the full legal title of the underlying quantity of physical gold and silver. At no point, will the bullion behind Kinesis digital currencies ever appear on the balance sheet of Kinesis or Allocated Bullion Exchange (ABX). Resultantly, neither Kinesis nor ABX has any direct claim on the metals. We simply safeguard the metals within our vaults, on your behalf, free of charge.<br><br>https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record<br><br>As shown below, the accused instrumentality allows the user to create an account for making |

purchases, transfers, etc.



https://kinesis.money/nl/blog/create-your-account/

Using this interface, users have the ability to deposit and withdraw a wide range of currency options including, USD, EUR, GBP, ETH, BTC, LTC, USDT, KAU, KAG and KVT, with more being added in the future.

https://kinesis.money/nl/blog/create-your-account/



https://www.youtube.com/watch?v=88URbePlnVY

| establishing, by the computer-based system, a current account balance for each commodity in quantity units; | The accused instrumentality practices establishing, by the computer-based system (e.g., a server of the accused instrumentality), a current account balance (e.g., total quantity) for each commodity (e.g., gold, silver, etc.) in quantity units (e.g., grams, ounce, etc.). |
|---|---|
| | As shown below, the accused instrumentality displays existing balance for each commodity such as gold or silver in specific quantity units. |

## Fully allocated metal ownership

Fully reserved holdings with (one-to-one) metal allocation, at all times.

With Kinesis, you are the owner of the physical gold and silver, underpinning your KAU and KAG, at all times. Remember, each KAU (one gram of gold) and KAG (one ounce of silver) are directly allocated 1:1 with the corresponding weight of physical precious metal.

The holder of Kinesis currencies holds the full legal title of the underlying quantity of physical gold and silver. At no point, will the bullion behind Kinesis digital currencies ever appear on the balance sheet of Kinesis or Allocated Bullion Exchange (ABX). Resultantly, neither Kinesis nor ABX has any direct claim on the metals. We simply safeguard the metals within our vaults, on your behalf, free of charge.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

As shown below, the accused instrumentality displays existing balance for each commodity such as gold or silver in specific quantity units.



https://www.youtube.com/watch?v=88URbePlnVY



https://kinesis.money/gold/

| | |
|---|---|
| accessing, by the computer-based system, the account by the user; | The accused instrumentality practices accessing, by the computer-based system (e.g., a server of the accused instrumentality), the account (e.g., a user's account) by the user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows the user to view their account. |

# Fully allocated metal ownership

Fully reserved holdings with (one-to-one) metal allocation, at all times.

With Kinesis, you are the owner of the physical gold and silver, underpinning your KAU and KAG, at all times. Remember, each KAU (one gram of gold) and KAG (one ounce of silver) are directly allocated 1:1 with the corresponding weight of physical precious metal.

The holder of Kinesis currencies holds the full legal title of the underlying quantity of physical gold and silver. At no point, will the bullion behind Kinesis digital currencies ever appear on the balance sheet of Kinesis or Allocated Bullion Exchange (ABX). Resultantly, neither Kinesis nor ABX has any direct claim on the metals. We simply safeguard the metals within our vaults, on your behalf, free of charge.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

Using this interface, users have the ability to deposit and withdraw a wide range of currency options including, USD, EUR, GBP, ETH, BTC, LTC, USDT, KAU, KAG and KVT, with more being added in the future.



| | |
|---|---|
| | https://kinesis.money/nl/blog/create-your-account/<br><br><br><br>https://www.youtube.com/watch?v=88URbePlnVY |
| transacting, by the computer-based system, for delivery of a selected tangible commodity, delivery being available on- | The accused instrumentality practices transacting (e.g., an online transaction), by the computer-based system (e.g., a server of the accused instrumentality), for delivery (e.g., delivery at a user's selected location) of a selected tangible commodity (e.g., a physical gold bar, silver bar, etc.), delivery being available on-demand at a plurality of specific locations (e.g., multiple US locations, etc.).<br><br>As shown below, the accused instrumentality allows the user to redeem physical gold or silver bar based on meeting withdrawal requirements. The user can request redeeming the physical |

| | |
|---|---|
| demand at a plurality of specific locations; | gold or silver bar to their specified location.<br><br># Where and how exactly is my gold and silver stored?<br><br>Updated 1 year ago<br><br>The physical precious metal, on which the Kinesis gold (KAU) and silver (KAG) currencies are based, is stored within fully insured, world-class vaulting facilities across the globe, across Dubai, Hong Kong, Istanbul, Vaduz, London, New York, Singapore, Sydney, Toronto, Zurich, Panama City, Batam and Brisbane.<br><br>Furthermore, this bullion is stored under safekeeping agreements on behalf of the legal owner, with the title always maintained by the holder - these vaults are fully audited and quality assured.<br><br>https://support.kinesis.money/hc/en-gb/articles/12357060901789-Where-and-how-exactly-is-my-gold-and-silver-stored |



https://kinesis.money/gold/



 **FULLY REDEEMABLE**

# Holding your metals in your hands is only ever a few clicks away

We'll securely deliver your gold and silver bullion straight to your door, anywhere in the world, any time you want.

**Low costs & minimum withdrawals**
Take delivery of as little as 100g of gold or 200oz of silver, at some of the lowest costs in the industry

**Industry-leading partners**
Redemption is facilitated by logistics partners: Brinks and Loomis Zurich



https://kinesis.money/trust-security/#independently-audited-holdings

# Physical redemption

All Kinesis gold and silver holdings are fully redeemable.

Kinesis and ABX understand the absolute necessity of physical redemption in gold and silver provision. As a matter of imperative assurance, Kinesis offers physical redemption on all precious metals behind your gold and silver-based digital currencies.

Kinesis currency holders are fully entitled to redeem the underlying bullion the KAU & KAG are based on, subject to withdrawal fees and minimum withdrawal requirements. The redemption cost and minimum withdrawal requirements of Kinesis are among the lowest in the industry.

Kinesis enables users to redeem as little as 100 grams of gold or 200 ounces of silver, with a fee of 0.45% + $100 USD + delivery costs. We provide redemption of the underlying bullion through our logistic partners Loomis and Brinks.

Redeeming bullion simultaneously liquidates the digital representation of the bullion and removes the respective currency from KAU or KAG circulation.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

# What is Physical Redemption?

Redemption is the act of repayment or withdrawal of fixed-income security stored with a bank or a company. In the case of Kinesis, physical redemption describes redeeming the underlying bullion attached to the Kinesis currencies; digitalised physical silver (KAG) and gold (KAU).

https://kinesis.money/pl/blog/redemption-with-kinesis/

In order to illustrate these numbers better, let us assume for a moment that the KAU market price is currently $60 per gram and 1 oz of KAG costs $30. The table below depicts calculations based on the minimum withdrawal amount for digitalised silver and gold.

# Withdrawal Costs Breakdown

| Spot Price (example) | Withdrawn amount (minimum) | Withdrawal Fee | Withdrawal fee per 1 g /per 1 oz | Redemption Fee | Shipping |
|---|---|---|---|---|---|
| $60 per gram | 100 g KAU *$60=$6000 | 100*0.45% *$60= $27 | $0.27 per gram | +$100 ($1 per 1 g) | Depending on the location |
| $30 per oz | 200 oz KAG *$30=$6000 | 200*0.45% *$30= $27 | $0.135 per ounce | +$100 ($0.5 per 1 oz) | Depending on the location |

https://kinesis.money/pl/blog/redemption-with-kinesis/

## How does Kinesis delivery work?

We use a large network of couriers to make sure our customers receive their orders when they expect them.

**plurality of specific locations**

Kinesis delivers to **209 countries**, including all 50 states in the US. After the order is processed in the Kinesis merchandiser shop, you will receive an email order confirmation of your purchase.

https://shop.kinesis.money/delivery-and-returns/

As an example, Wall Street Silver member, Jim Forsythe, recently redeemed 200 oz physical silver (200 KAG) from the Kinesis vault in New York. The total cost for redemption, including delivery, worked out as 8.17% above the spot price. View his meticulously documented due diligence post here.

https://kinesis.money/pl/blog/redemption-with-kinesis/

As shown below, the accused instrumentality allows the user to redeem the physical gold or silver bar to a specified location.



https://www.reddit.com/r/Wallstreetsilver/comments/m0ofk7/
the_cheapest_source_of_physical_silver_available/?
utm_source=share&utm_medium=web2x&context=3

Got an email asking for more details. Will sell some KAG to get the $100. That was a quick response.

Hi James,

Thank you for submitting your redemption request to take physical delivery of your KAG's.

To begin the process of redeeming your digital KAG for physical, we need to know the exact address you would like the metal delivered too so we can arrange a quote. Do you want it delivered to your address registered with Kinesis, 1437 Gregg, Lusby 20657.

**delivery of the tangible commodity at a location**

Secondly I can see that you do not have enough funds in your account to meet the fee requirements. Please ensure you have the following balances so we can process the redemption. Upon approval of the delivery quote we will deduct from your account the following.

- 200.9 KAG
- $100 USD processing fee
- USD to pay for the delivery - TBD

Once completed the metal will be withdrawn from the Kinesis vault and we will provide you with the tracking number. You will be required to be onsite at time of delivery and you will be asked to present ID.

https://www.reddit.com/r/Wallstreetsilver/comments/m0ofk7/
the_cheapest_source_of_physical_silver_available/?
utm_source=share&utm_medium=web2x&context=3



https://www.reddit.com/r/Wallstreetsilver/comments/m0ofk7/
the_cheapest_source_of_physical_silver_available/?
utm_source=share&utm_medium=web2x&context=3

| adjusting, by the computer-based system, the current balance for the selected commodity in response to the | The accused instrumentality practices adjusting, by the computer-based system (e.g., a server of the accused instrumentality), the current balance (e.g., a total quantity) for the selected commodity (e.g., gold, silver, etc.) in response to the transacting (e.g., an online transaction).<br><br>As shown below, the accused instrumentality allows the user to redeem physical gold or silver bar based on meeting withdrawal requirements. The user can request redeeming the physical gold or silver bar to their specified location. It automatically updates the user's current |

| | |
|---|---|
| transacting, wherein the step of transacting includes the steps of: | commodity balance to reflect the change in quantity resulting from that transaction.<br><br><br><br>https://kinesis.money/gold/ |

# What is Physical Redemption?

Redemption is the act of repayment or withdrawal of fixed-income security stored with a bank or a company. In the case of Kinesis, physical redemption describes redeeming the underlying bullion attached to the Kinesis currencies; digitalised physical silver (KAG) and gold (KAU).

https://kinesis.money/pl/blog/redemption-with-kinesis/



https://www.youtube.com/watch?v=PZ-NbipWybA

As shown below, the accused instrumentality updates the current amount balance for an exemplary transaction.



https://www.youtube.com/watch?v=PZ-NbipWybA



https://www.youtube.com/watch?v=PZ-NbipWybA

| purchasing, by the computer-based system, a purchase quantity of the selected commodity at the price at time of purchase to lock-in said price at time of purchase for subsequent delivery and redemption, | The accused instrumentality practices purchasing, by the computer-based system (e.g., a server of the accused instrumentality), a purchase quantity (e.g., grams, ounces, etc.) of the selected commodity (e.g., gold, silver, etc.) at the price at time of purchase to lock-in said price (e.g., a current market price at time of purchase) at time of purchase for subsequent delivery (e.g., delivery at a specific location) and redemption (e.g., redeeming physical gold).<br><br>As shown below, the accused instrumentality allows a user to purchase a specific amount of gold or silver at the current market price, and that price is fixed at the time of purchase. The quantity bought is recorded in the user's account and the user can redeem that same amount of physical metal, based on the quantity originally purchased. |

## 2. Placing of order

These terms and conditions ("Terms") apply to the order by you (the "buyer") and supply of the goods specified in the order ("Goods") by KB USA Inc to the buyer. No other terms are implied by trade, custom, practice or course of dealing.

## 3. Checking your order

The buyer is responsible for checking the order for Goods is correct, and that any specifications submitted are complete and accurate. The details of your order, including price, are locked in at the point of making your order, subject to confirmation on our website that your order has been executed.

https://kinesisbullion.com/terms-conditions/



[https://kinesis.money/gold/](https://kinesis.money/gold/)

## Kinesis gold and silver holdings

Physical precious metals – with digitalised proof of ownership.

Kinesis gold (KAU) and Kinesis silver (KAG) are a 1:1 digital representation of fully allocated physical gold and silver bullion. Through blockchain technology, Kinesis has digitalised the proof of ownership of physical precious metals.

All precious metals underpinning KAU and KAG are fully reserved (1:1), fully audited, fully redeemable, and securely held within the insured vaults of Kinesis' strategic partner, Allocated Bullion Exchange (ABX).

The fully redeemable investment-grade bullion behind your Kinesis currencies is secured to world-class standards in logistics, storage, insurance, quality control, quality assurance and institutional good practice.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

## Counterparty risk protection

Our system is structured to shield holders from counterparty risk.

Kinesis is a fully integrated financial services platform, enabling online management of physical precious metals via a desktop platform and mobile application. Once a Kinesis user purchases KAU or KAG, that user is the absolute owner of the underlying metal; they are not exposed to the counterparty risk that can occur in the case of a bank or broker insolvency, or the management of a securitised asset.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

As shown below, the accused instrumentality allows the user to purchase certain grams of gold at a current market price (e.g., a locked-in price).



https://www.youtube.com/watch?v=PZ-NbipWybA



https://www.youtube.com/watch?v=PZ-NbipWybA

| redeeming, by the computer-based system, subsequently a redeemed quantity of the selected commodity at a | The accused instrumentality practices redeeming (e.g., redemption of physical gold bar, silver bar, etc.), by the computer-based system (e.g., a server of the accused instrumentality), subsequently a redeemed quantity (e.g., amount of gold to be redeemed, etc.) of the selected commodity (e.g., gold, silver, etc.) at a subsequent date (e.g., a transaction date), the redeemed quantity (e.g., amount of gold to be redeemed, etc.) being at least a portion of the current balance (e.g., available amount balance).<br><br>As shown below, the accused instrumentality allows users to redeem physical gold or silver bar |

| | |
|---|---|
| subsequent date, the redeemed quantity being at least a portion of the current balance; | to a user's desired location. The quantity redeemed must be at least a portion of the balance currently held in the account and must also satisfy the applicable minimum withdrawal requirements. Upon completion of the redemption, the corresponding quantity is deducted from the account, and delivery of the physical metal is arranged in accordance with the platform's procedures.<br><br><br><br>https://kinesis.money/trust-security/#independently-audited-holdings |

# Physical redemption

All Kinesis gold and silver holdings are fully redeemable.

Kinesis and ABX understand the absolute necessity of physical redemption in gold and silver provision. As a matter of imperative assurance, Kinesis offers physical redemption on all precious metals behind your gold and silver-based digital currencies.

Kinesis currency holders are fully entitled to redeem the underlying bullion the KAU & KAG are based on, subject to withdrawal fees and minimum withdrawal requirements. The redemption cost and minimum withdrawal requirements of Kinesis are among the lowest in the industry.

Kinesis enables users to redeem as little as 100 grams of gold or 200 ounces of silver, with a fee of 0.45% + $100 USD + delivery costs. We provide redemption of the underlying bullion through our logistic partners Loomis and Brinks.

Redeeming bullion simultaneously liquidates the digital representation of the bullion and removes the respective currency from KAU or KAG circulation.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record



https://www.youtube.com/watch?v=7Z_3s1MsusE

As an example, Wall Street Silver member, Jim Forsythe, recently redeemed 200 oz physical silver (200 KAG) from the Kinesis vault in New York. The total cost for redemption, including delivery, worked out as 8.17% above the spot price. View his meticulously documented due diligence post here.

https://kinesis.money/pl/blog/redemption-with-kinesis/



https://www.reddit.com/r/Wallstreetsilver/comments/m0ofk7/
the_cheapest_source_of_physical_silver_available/?
utm_source=share&utm_medium=web2x&context=3

Got an email asking for more details. Will sell some KAG to get the $100. That was a quick response.

Hi James,

Thank you for submitting your redemption request to take physical delivery of your KAG's.

To begin the process of redeeming your digital KAG for physical, we need to know the exact address you would like the metal delivered too so we can arrange a quote. Do you want it delivered to your address registered with Kinesis, 1437 Gregg, Lusby 20657.

Secondly I can see that you do not have enough funds in your account to meet the fee requirements. Please ensure you have the following balances so we can process the redemption. Upon approval of the delivery quote we will deduct from your account the following.

- 200.9 KAG
- $100 USD processing fee
- USD to pay for the delivery - TBD

Once completed the metal will be withdrawn from the Kinesis vault and we will provide you with the tracking number. You will be required to be onsite at time of delivery and you will be asked to present ID.

https://www.reddit.com/r/Wallstreetsilver/comments/m0ofk7/the_cheapest_source_of_physical_silver_available/?utm_source=share&utm_medium=web2x&context=3



| identifying a zone for redemption for the account balance of each commodity, identifying at least another | The accused instrumentality practices identifying a zone (e.g., a first delivery location) for redemption (e.g., redeeming physical gold bar, silver bar, etc.) for the account balance (e.g., a current amount balance) of each commodity (e.g., gold, silver, etc.), identifying at least another zone (e.g., a second delivery location) of redemption (e.g., redeeming physical gold bar, silver bar, etc.), and converting (e.g., setting a different location) at least a portion of the account balance of at least one commodity to an account balance (e.g., a current amount balance) for the another zone (e.g., a different location) of redemption (e.g., redeeming physical gold bar, |

| zone of redemption, and converting at least a portion of the account balance of at least one commodity to an account balance for the another zone of redemption; and | silver bar, etc.). |
|---|---|
| | As shown below, a delivery location (or redemption zone) is selected by the user for redeeming the physical gold or silver corresponding to the user's account balance. The accused instrumentality also allows user to redeem gold in another delivery location. Redemption in different zones involve different applicable charges, including shipping costs, local taxes, etc. depending on the destination and regulatory requirements. These costs are included in accordance with the selected delivery location. |

**Can I redeem my gold or silver from Kinesis?**

Updated 14 days ago

Yes. Kinesis currency holders are fully entitled to redeem the underlying gold and silver bullion that underpins Kinesis gold (KAU) and silver (KAG) currencies, subject to minimum withdrawal requirements.

Kinesis currencies are allocated 1:1 with investment grade, allocated physical precious metal. This is confirmed semi-annually via an independent professional audit.

https://support.kinesis.money/hc/en-gb/articles/12355371107613-Can-I-redeem-my-gold-or-silver-from-Kinesis

Each Kinesis KAU and KAG is directly allocated with the corresponding weight of physical precious metal. This allocation is always a 1:1 ratio. Allocated legal title remains with the holder of the Kinesis currency, ensuring that proportional ownership of the allocated gold and silver always resides with the KAU and KAG holders. The bullion behind the Kinesis digital currencies will never appear on Kinesis' balance sheet, which reduces counterparty risk when choosing to hold your bullion with Kinesis.

The Kinesis currencies elevate physical gold and silver ownership, providing the added benefits of online access, trading, real-world application, and the security of fortified vaulting.

Kinesis currencies are not a "paper metal" product, which means that your metal ownership is not dependent upon the ability of, for example, an exchange-traded fund (ETF), contract for difference (CFD), or commodity future to obtain and redeem metal for you when you want to sell it.

https://support.kinesis.money/hc/en-gb/articles/12382901958429-How-are-my-currencies-tied-1-1-to-gold-and-silver

# Where and how exactly is my gold and silver stored?

Updated 1 year ago

The physical precious metal, on which the Kinesis gold (KAU) and silver (KAG) currencies are based, is stored within fully insured, world-class vaulting facilities across the globe, across Dubai, Hong Kong, Istanbul, Vaduz, London, New York, Singapore, Sydney, Toronto, Zurich, Panama City, Batam and Brisbane.

Furthermore, this bullion is stored under safekeeping agreements on behalf of the legal owner, with the title always maintained by the holder - these vaults are fully audited and quality assured.

https://support.kinesis.money/hc/en-gb/articles/12357060901789-Where-and-how-exactly-is-my-gold-and-silver-stored



https://kinesis.money/gold/



**FULLY REDEEMABLE**

# Holding your metals in your hands is only ever a few clicks away

We'll securely deliver your gold and silver bullion straight to your door, anywhere in the world, any time you want.

**Low costs & minimum withdrawals**
Take delivery of as little as 100g of gold or 200oz of silver, at some of the lowest costs in the industry

**Industry-leading partners**
Redemption is facilitated by logistics partners: Brinks and Loomis Zurich

https://kinesis.money/trust-security/#independently-audited-holdings

# Physical redemption

All Kinesis gold and silver holdings are fully redeemable.

Kinesis and ABX understand the absolute necessity of physical redemption in gold and silver provision. As a matter of imperative assurance, Kinesis offers physical redemption on all precious metals behind your gold and silver-based digital currencies.

Kinesis currency holders are fully entitled to redeem the underlying bullion the KAU & KAG are based on, subject to withdrawal fees and minimum withdrawal requirements. The redemption cost and minimum withdrawal requirements of Kinesis are among the lowest in the industry.

Kinesis enables users to redeem as little as 100 grams of gold or 200 ounces of silver, with a fee of 0.45% + $100 USD + delivery costs. We provide redemption of the underlying bullion through our logistic partners Loomis and Brinks.

Redeeming bullion simultaneously liquidates the digital representation of the bullion and removes the respective currency from KAU or KAG circulation.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

In order to illustrate these numbers better, let us assume for a moment that the KAU market price is currently $60 per gram and 1 oz of KAG costs $30. The table below depicts calculations based on the minimum withdrawal amount for digitalised silver and gold.

## Withdrawal Costs Breakdown

| Spot Price (example) | Withdrawn amount (minimum) | Withdrawal Fee | Withdrawal fee per 1 g /per 1 oz | Redemption Fee | Shipping |
|---|---|---|---|---|---|
| $60 per gram | 100 g KAU *$60=$6000 | 100*0.45% *$60= $27 | $0.27 per gram | +$100 ($1 per 1 g) | Depending on the location |
| $30 per oz | 200 oz KAG *$30=$6000 | 200*0.45% *$30= $27 | $0.135 per ounce | +$100 ($0.5 per 1 oz) | Depending on the location |

https://kinesis.money/pl/blog/redemption-with-kinesis/

# How does Kinesis delivery work?

We use a large network of couriers to make sure our customers receive their orders when they expect them.

**plurality of specific locations**

Kinesis delivers to **209 countries**, including all 50 states in the US. After the order is processed in the Kinesis merchandiser shop, you will receive an email order confirmation of your purchase.

https://shop.kinesis.money/delivery-and-returns/

As an example, Wall Street Silver member, Jim Forsythe, recently redeemed 200 oz physical silver (200 KAG) from the Kinesis vault in New York. The total cost for redemption, including delivery, worked out as 8.17% above the spot price. View his meticulously documented due diligence post here.

https://kinesis.money/pl/blog/redemption-with-kinesis/



https://www.reddit.com/r/Wallstreetsilver/comments/m0ofk7/
the_cheapest_source_of_physical_silver_available/?
utm_source=share&utm_medium=web2x&context=3

Got an email asking for more details. Will sell some KAG to get the $100. That was a quick response.

Hi James,

Thank you for submitting your redemption request to take physical delivery of your KAG's.

To begin the process of redeeming your digital KAG for physical, we need to know the exact address you would like the metal delivered too so we can arrange a quote. Do you want it delivered to your address registered with Kinesis, 1437 Gregg, Lusby 20657.

**delivery of the tangible commodity at a location**

Secondly I can see that you do not have enough funds in your account to meet the fee requirements. Please ensure you have the following balances so we can process the redemption. Upon approval of the delivery quote we will deduct from your account the following.

- 200.9 KAG
- $100 USD processing fee
- USD to pay for the delivery - TBD

Once completed the metal will be withdrawn from the Kinesis vault and we will provide you with the tracking number. You will be required to be onsite at time of delivery and you will be asked to present ID.

https://www.reddit.com/r/Wallstreetsilver/comments/m0ofk7/the_cheapest_source_of_physical_silver_available/?utm_source=share&utm_medium=web2x&context=3



| permitting, by the computer-based system, access to the account for repeating the step of transacting. | The accused instrumentality practices permitting, by the computer-based system (e.g., a server of the accused instrumentality), access to the account (e.g. a user's account) for repeating the step of transacting (e.g., an online transaction).<br><br>As shown below, the accused instrumentality allows users to repeat transactions such as purchasing, redemption, etc. based on meeting the minimum requirements. |
| --- | --- |



https://kinesis.money/gold/

## Kinesis gold and silver holdings

Physical precious metals – with digitalised proof of ownership.

Kinesis gold (KAU) and Kinesis silver (KAG) are a 1:1 digital representation of fully allocated physical gold and silver bullion. Through blockchain technology, Kinesis has digitalised the proof of ownership of physical precious metals.

All precious metals underpinning KAU and KAG are fully reserved (1:1), fully audited, fully redeemable, and securely held within the insured vaults of Kinesis' strategic partner, Allocated Bullion Exchange (ABX).

The fully redeemable investment-grade bullion behind your Kinesis currencies is secured to world-class standards in logistics, storage, insurance, quality control, quality assurance and institutional good practice.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record

## Counterparty risk protection

Our system is structured to shield holders from counterparty risk.

Kinesis is a fully integrated financial services platform, enabling online management of physical precious metals via a desktop platform and mobile application. Once a Kinesis user purchases KAU or KAG, that user is the absolute owner of the underlying metal; they are not exposed to the counterparty risk that can occur in the case of a bank or broker insolvency, or the management of a securitised asset.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record



https://www.youtube.com/watch?v=PZ-NbipWybA



https://www.youtube.com/watch?v=PZ-NbipWybA

# Can I redeem my gold or silver from Kinesis?

Updated 14 days ago

Yes. Kinesis currency holders are fully entitled to redeem the underlying gold and silver bullion that underpins Kinesis gold (KAU) and silver (KAG) currencies, subject to minimum withdrawal requirements.

Kinesis currencies are allocated 1:1 with investment grade, allocated physical precious metal. This is confirmed semi-annually via an independent professional audit.

https://support.kinesis.money/hc/en-gb/articles/12355371107613-Can-I-redeem-my-gold-or-silver-from-Kinesis

## Physical redemption

All Kinesis gold and silver holdings are fully redeemable.

Kinesis and ABX understand the absolute necessity of physical redemption in gold and silver provision. As a matter of imperative assurance, Kinesis offers physical redemption on all precious metals behind your gold and silver-based digital currencies.

Kinesis currency holders are fully entitled to redeem the underlying bullion the KAU & KAG are based on, subject to withdrawal fees and minimum withdrawal requirements. The redemption cost and minimum withdrawal requirements of Kinesis are among the lowest in the industry.

Kinesis enables users to redeem as little as 100 grams of gold or 200 ounces of silver, with a fee of 0.45% + $100 USD + delivery costs. We provide redemption of the underlying bullion through our logistic partners Loomis and Brinks.

Redeeming bullion simultaneously liquidates the digital representation of the bullion and removes the respective currency from KAU or KAG circulation.

https://kinesis.money/about-us/documents/trust-security-detailed-overview/#immutable-digital-record